# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: DR:18-M -07853(1) |
| | § |
| (1) Moises Librado-Valencia | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **August 26, 2018** in **Val Verde** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, intentionally and knowingly failed to enter the United States at a designated border crossing point and did not report said arrival and present himself and all articles in his possession for inspection, to wit: a misdemeanor

in violation of Title **19** United States Code, Section(s) **1459(a)**.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: *"On August 25, 2018, the DEFENDANT, LIBRADO-Valencia, Moises, entered the United States illegally by wading across the Rio Grande River 50 miles northwest of the Del Rio, Texas Port of Entry, and failed to report to immigration officials at an official Port of Entry to avoid scrutiny by officers at the Port of Entry. LIBRADO-Valencia was apprehended shortly after crossing the Rio Grande River and provided a sworn statement to Immigration*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

Signature of Complainant
Hernandez, John M.
Border Patrol Agent

08/28/2018 at DEL RIO, Texas
File Date City and State

COLLIS WHITE
UNITED STATES MAGISTRATE JUDGE         Signature of Judicial Officer

## WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.

Case Number: DR:18-M -07853(1)

(1) Moises Librado-Valencia

**Continuation of Statement of Facts:**

Officials in which he admitted that he entered the United States Illegally. Subject was apprehended near Comstock, Texas located in the Western District of Texas."

_____
Signature of Judicial Officer

_____
Signature of Complainant